IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTONIO ORLANDER JERIDO, ) | |
| AIS #169480, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-1088-ID |
| ) | |
| EARL REEVES, *et al.,* ) | |
| ) | |
| Defendants. ) | |

ORDER

On March 15, 2010, the Magistrate Judge filed a Recommendation (Doc. No. 67) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon CONSIDERATION of the Recommendation of the Magistrate Judge, said Recommendation is hereby adopted and it is ORDERED that:

1. The plaintiff's motion to dismiss is hereby GRANTED.

2. The plaintiff's claims against Earl Reeves are hereby DISMISSED with prejudice.

3. Earl Reeves is DISMISSED as a party to this cause of action.

4. This case, with respect to the plaintiff's claims against the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

Done this 2nd day of April, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE